BMB/CAF USAO2014-R-00180

FILED
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2014 JUL -8 P 3: 35

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. CCB-14-0334 |
| v. | |
| SEAN A. WILSON, | (Conspiracy to Distribute and |
| TIMOTHY MCDERMOTT, | Possess with Intent to Distribute a |
| SALOMON TERAN, | Controlled Substance, 21 U.S.C. § |
| VICENTE MARIACA-TERAN, | 846; Aiding and Abetting, 18 U.S.C. |
| CARVELL JONES, a/k/a "Cuz," | § 2; Forfeiture, 21 U.S.C. §§ 853 |
| JAMES BRYANT, a/k/a "Country," and | and 853(p), 28 U.S.C. § 2461(c)) |
| PHILLIP WHEELER, | |
| Defendants. | |

...oOo...

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

From at least in or about September 2013 until June 30, 2014, in the District of Maryland and elsewhere,

SEAN A. WILSON,
TIMOTHY MCDERMOTT,
SALOMON TERAN,
VICENTE MARIACA-TERAN,
CARVELL JONES, a/k/a "Cuz,"
JAMES BRYANT, a/k/a "Country," and
PHILLIP WHEELER,

the defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others known and unknown to the members of the Grand Jury, to distribute and possess with intent to distribute 1 kilogram or more of a mixture of substance

containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1).

21 U.S.C. § 846
18 U.S.C. § 2

## **FORFEITURE**

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Title 18, United States Code, Section 853, upon conviction of an offense in violation of 18 U.S.C. § 846 or § 841(a) as set forth in Count One, each defendant shall forfeit to the United States of America:

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

   b. any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

2. The property to be forfeited includes, but is not limited to, the following:

   a. A sum of money equal to the value of the proceeds of any offense for which the defendant is convicted, which sum will be at least $500,000; and

   b. The following assets:

   (1) U.S. currency in the amount of $464,283.00 seized from 14 Pellinore Court, Pikesville, Maryland on or about June 30, 2014;

   (2) U.S. currency in the amount of 49,980.00 seized from 8908 Falcon Ridge Drive, Randallstown, Maryland on or about June 30, 2014; and

   (3) U.S. currency in the amount of $89,080.00 seized from a Ford F-250 King Ranch pickup truck bearing Illinois registration tags 1065714, operated by Salomon TERAN and Vicente MARIACA-TERAN, on or about June 30, 2014;

   (4) U.S. currency in the amount of $2351.00 seized from 9007 Balin Court, Pikesville, Maryland on or about June 30, 2014;

   (5) U.S. currency in the amount of $9546.00 seized from Sean WILSON on or about June 30, 2014;

   (6) A white Freightliner Tractor Trailer bearing U.S.D.O.T. # 191915, operated

by James BRYANT;

(7) 2004 Jeep Grand Cherokee bearing Maryland registration tags 40419CB, operated by Sean WILSON;

(8) 2010 Cana motorcycle bearing Maryland registration tags D58657, operated by Sean WILSON;

(9) 2012 Jeep Grand Cherokee bearing Maryland registration tags 4AP2892, operated by Sean WILSON;

(10) 2011 Lexus bearing Maryland registration tags 2BE6633, operated by Carvell JONES;

(11) All other monies and vehicles seized by state and federal law enforcement agents from defendants, unindicted co-conspirators, and other associated persons during the conspiracy.

3. If any of the property described above, as a result of any act or omission of the defendant:
   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

18 U.S.C. § 853; 28 U.S.C. § 2461(c); Rule 32.2(a)

_Rod Rosenstein_ /BMB
ROD J. ROSENSTEIN
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Date: 7/8/14