IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

UNITED STATES OF AMERICA　　　　*

v.　　　　　　　　　　　　　　　*

　　　　　　　　　　　　　　　　　　Criminal No.:　CCB-14-0334

SEAN A. WILSON　　　　　　　　 *

*　*　*　*　*　*　*　*　*　*　*　*

## NOTICE OF APPEARANCE

Please enter the appearance of William B. Purpura as counsel in the above captioned case.

　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Purpura & Purpura
　　　　　　　　　　　　　　　　　William B. Purpura, Esquire
　　　　　　　　　　　　　　　　　8 E. Mulberry Street
　　　　　　　　　　　　　　　　　Baltimore, Maryland 21202
　　　　　　　　　　　　　　　　　410.727.8550
　　　　　　　　　　　　　　　　　Fed Bar # 00074