

*Benjamin M. Block*
*Assistant United States Attorney*
*Benjamin.Block@usdoj.gov*

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*36 S. Charles Street*
*Suite 400*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4979*
*MAIN: 410-209-4800*
*FAX: 410-962-3124*

August 20, 2014

The Honorable Catherine C. Blake
United States District Judge
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

       RE: <u>U.S. v. Sean Wilson, et al.</u>, CCB-14-00334

Dear Judge Blake:

I am writing to update the Court regarding the status of discovery in the above-captioned matter. Initial discovery has been produced to defense counsel, including audio of all wiretapped calls, court documents relating to the wiretaps, and several hundred pages of other court orders and reports. All of these materials have been produced in an electronic searchable format. The resources of the U.S. Attorney's Office remain available to defense counsel if they experience any difficulties in accessing the discovery provided. The government is continuing to gather additional reports, court orders and discovery from other districts, and anticipates making another sizable production in the next few weeks.

                              Respectfully submitted,

                              ROD J. ROSENSTEIN
                              UNITED STATES ATTORNEY

By:           /s/
                Benjamin M. Block
                Assistant United States Attorney
                U.S. Attorney's Office
                36 S. Charles Street, 4th Floor
                Baltimore, MD 21201
                (410) 209-4800
                (410) 962-3124 (fax)