**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| vs. | *   Criminal No.: CCB-14-0334 |
| | * |
| JAMES BRYANT | * |

* * * * * * * *

**<u>MOTION FOR DETENTION HEARING</u>**

The Defendant, James Bryant, by and through his attorney, Alan R. L. Bussard, hereby moves this Honorable Court to set a date for a detention hearing. In support of this Motion, the Defendant states as follows:

1. The defendant is charged in a multi-defendant indictment with Conspiracy to Distribute and Possess with the Intent to Distribute a Controlled Substance in Violence in violation of Title 21 U.S.C., § 846.

2. Mr. Bryant voluntarily surrendered to the United States Marshal on August 11, 2014 and appeared before United States Magistrate Judge Stephanie Gallagher for an Initial Appearance.

3. On August 14, 2014, a detention hearing was scheduled before United States Magistrate Judge Timothy Sullivan, at which time an Order of Detention by Agreement was entered.

4. Prior to the August 14, 2014, detention hearing, United States Pretrial Services Officer Alicia Larue, prepared a report which, in pertinent part, recommended that reasonable conditions could be set and that Mr. Bryant could be released on personal recognizance. U.S. Pretrial also recommended that Mr. Bryant's Sister, Karen Jones, was a suitable candidate to serve as third party

custodian. Unfortunately, Ms. Jones was not available for the detention hearing.

5. It was hoped that a detention hearing and arraignment could have been conducted on August 20, 2014, however, scheduling problems in the United States Attorneys office necessitated a continuance.

6. Mr. Bryant has never had a detention hearing and has been detained since his voluntary surrender on August 11, 2014.

7. Undersigned counsel will be out of town on August 25-26, 2014. The defendant would request that a hearing be held on Thursday, August 28, 2014, if possible, to ensure availability of the proposed third party custodian.

WHEREFORE, the defendant respectfully requests that this Honorable Court grant the defendant a detention hearing and that an Order Setting Conditions of Release be issued under the following conditions, as recommended by United States Pretrial Services:

A. That the Court enter an Order Setting Conditions of Release;

B. That he continue to be supervised by United States Pre-Trial Services;

C. That he be placed in the custody of third party custodian, Karen Jones;

D. That he be placed on a curfew; and

E. That all other standard conditions contained in an Order Setting Conditions of Release be applied.

        Respectfully submitted,

        /s/

        _____
        Alan R. L. Bussard
        101 East Chesapeake Avenue
        Ste. 200
        Towson, Maryland 21286
        410-821-1155
        alan.bussard@bussardlaw.com

## REQUEST FOR HEARING

The Defendant, James Bryant, by his attorney, Alan R. L. Bussard, pursuant to Rule 105.6 of the local rules of the United States District Court for the District of Maryland, requests a hearing on the Motion for Detention Hearing.

        /s/

        _____
        Alan R. L. Bussard

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 22nd day of August, 2014, a copy of the foregoing Motion for Detention Hearing and was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Christopher Flagg, Esquire
Office of the U.S. Attorney
36 S Charles Street, 4th Floor
Baltimore, Maryland 21201.

        /s/

        _____
        Alan R. L. Bussard