## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**           \*

v.                                      \*   **Criminal Case No. CCB-14-0334**

**VICENTE MARIACA-TERAN**              \*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

Now comes the defendant, Vicente Mariaca-Teran ("Mr. Mariaca"), by and through his attorney, Christopher C. Nieto, and moves this Court to modify the conditions of release ordered in Mr. Mariaca's case, and in support thereof states as follows:

1. On August 1, 2014, the Court granted Mr. Mariaca a conditional release to electronic home monitoring at his neighbor's home: 4117 Williams Street, Dovers Grove, IL 60515. The Court also indicated that Mr. Mariaca would be allowed to leave his home for attorney visits, court hearings and appointments with prior approval from this Court. Mr. Mariaca's adjustment to supervision has been satisfactory so far.

2. Mr. Mariaca respectfully requests permission of this Court to leave his home to attend local church services. Specifically, he asks permission to attend the Christian Worship Center, 1330 63rd Street, Downers Grove, IL 60516 from 9am to 12 pm on Sunday mornings.

3. Undersigned counsel spoke with Pretrial Services Officer Justin Wiersema from the North District of Illinois and Assistant United States Attorney David Copperthite about this request, and neither objects to this motion.

WHEREFORE, Mr. Mariaca respectfully requests that the Court enter the attached Amended Order.

        Respectfully submitted,

        _____/s/_____

        CHRISTOPHER C. NIETO, #30031
        The Law Office of Christopher C. Nieto, LLC
        231 E. Baltimore Street, Suite 1102
        Baltimore, Maryland 21202
        Phone: (443) 863-8189
        Fax: (443) 458-6730
        Email: cnieto@nietolawoffice.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2014, a copy of Defendant's Motion to Amend, which was electronically filed in this case, was emailed to David Copperthite, Assistant United States Attorney.

        _____/s/_____
        Christopher C. Nieto, #30031
        Attorney for Mr. Mariaca