# PURPURA & PURPURA
## ATTORNEYS AT LAW

William B. Purpura*
wpurpura@purpuralaw.com
* Admitted in MD, CA &
  US District Ct., DC

Christopher J. Purpura
cpurpura@purpuralaw.com

Christine M. Frate
cfrate@purpuralaw.com

THE BONAPARTE BUILDING
8 E. MULBERRY STREET
BALTIMORE, MARYLAND 21202
PHONE: 410-727-8550
FAX: 410-576-9351

Of Counsel

Marta K. Kahn*
mkkahn@yahoo.com
*Admitted in MD & VA

September 2, 2014

The Honorable Catherine C. Blake
United States District Court Judge
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

RE: U.S. v. Sean Wilson, et al., CCB-14-00334
    Discovery Update and Motions Due Date

Dear Judge Blake:

I am writing to update the Court regarding the status of discovery in the above-captioned matter. The government provided initial discovery August 15, 2014 which included wiretapped calls, and court documents relating to the wiretaps. After review of that discovery counsel has requested additional Tittle III information and court documents from prior related investigations. The second round of discovery has yet to be received and hopefully will be available later this week. In this round of discovery I anticipate defense will receive search warrant s, affidavits and inventory reports. Pursuant to your Court Order of August 11, 2014 defense motions are due this Friday, September 5, 2014. It is respectfully requested that this Court consider a new motions due date after all discovery has been forwarded to defense.

Respectfully submitted,

William B. Purpura